City of Ocala, Plaintiff in Error, v. R. L. Anderson, Defendant in Error.

Writ of Error to a Judgment of the Citrcuit Court for Marion County.

Writ of error dismissed on motion of counsel for Defendant in Error.

Frederick Hocker, for Plaintiff in Error; ·

R. L. Anderson, for Defendant in Error.